Robert Auerbach, Appellant, v. Charles Curie, Respondent.— Judgment affirmed, with costs, on 126 Appellate Division, 836.

Milton Greenebaum, as Trustee, Respondent, v. Fleischmann Realty and Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Cora D. Thompson, Respondent, v. Standard Fashion Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Hess, Jr., as Sole Surviving Executor and Trustee under the Last Will and Testament of Casper Hirtler, Deceased, Respondent, v. Rosa Zahn and Others, Impleaded with George Finck and Others, Composing the Firm of Finck, Embree & Cobb, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Henry J. Gernon, Deceased.— Motion granted, with ten dollars costs. Memorandum per curiam. Settle order on notice.

Innis Speeden & Company v. Edgar G. Riebe & Company.— Application denied, with ten dollars costs.

In the Matter of Educational Alliance.— Application granted.

In the Matter of Arnold C. Weil, an Attorney.— Proceeding dismissed. Settle order on notice. Memorandum per curiam.